**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.independent.co.uk/news/world/americas/us-politics/republican-candidate-covid-safety-measures-b1911320.html



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.independent.co.uk/news/world/americas/us-politics/republican-candidate-covid-safety-measures-b1911320.html



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.independentespanol.com/politica/ee-uu/candidato-republicano-covid-medidas-seguridad-b1911737.html






**EXHIBIT 2:** INFRINGEMENT #4
URL: https://www.independent.co.uk/news/world/americas/staten-island-crowd-vaccine-mandate-b1927649.html



**EXHIBIT 2:** INFRINGEMENT #5
URL: https://www.independent.co.uk/news/world/americas/staten-island-crowd-vaccine-mandate-b1927649.html














**EXHIBIT 2:** INFRINGEMENT #6
URL: https://www.independentespanol.com/noticias/coronavirus/mandato-vacunacion-staten-island-centro-comercial-b1928364.html



**EXHIBIT 2:** INFRINGEMENT #7

URL: https://www.independent.co.uk/world/ukrainian-soldiers-rambo-guard-dog-b2024676.html



**EXHIBIT 2:** INFRINGEMENT #8
URL: https://www.independent.co.uk/news/world/americas/us-politics/aoc-hecklers-town-hall-new-york-b2207159.html



**EXHIBIT 2:** INFRINGEMENT #9
URL: https://www.independent.co.uk/news/world/americas/us-politics/aoc-hecklers-town-hall-new-york-b2207159.html




**EXHIBIT 2:** INFRINGEMENT #10
URL: https://www.independent.co.uk/news/world/americas/us-politics/aoc-hecklers-town-hall-new-york-b2207159.html







**EXHIBIT 2:** INFRINGEMENT #11
URL: https://www.independentespanol.com/politica/ee-uu/aoc-protesta-nueva-york-lgbtq-b2207416.html




**EXHIBIT 2:** INFRINGEMENT #12
URL: https://www.independentespanol.com/politica/ee-uu/aoc-protesta-nueva-york-lgbtq-b2207416.html



**EXHIBIT 2:** INFRINGEMENT #13
URL: https://www.independentespanol.com/politica/ee-uu/aoc-protesta-nueva-york-lgbtq-b2207416.html



**EXHIBIT 2:** INFRINGEMENT #14
URL: https://www.independent.co.uk/news/world/palestine-protests-israel-australia-new-york-london-b2429100.html


