UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
         :
LYNK MEDIA, LLC,         :
         :
      Plaintiff,         :
         :     24 Civ. 583 (JPC)
  -v-         :
         :     ORDER
INDEPENDENT DIGITAL NEWS AND MEDIA, LLC,  :
         :
      Defendant.         :
         :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed during today's conference, by April 25, 2024, the parties shall file a proposed case management plan, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.  Plaintiff shall file any amended complaint by April 18, 2024.  Defendant shall file any renewed motion to dismiss by May 9, 2024.  Should Defendant file such a motion, Plaintiff shall file its opposition by May 23, 2024, and Defendant shall file any reply by May 30, 2024.

      SO ORDERED.

Dated: April 8, 2024
      New York, New York         _____
                                          JOHN P. CRONAN
                                          United States District Judge