UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LYNK MEDIA, LLC,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :     24 Civ. 583 (JPC)
            -v-                                                        :
                                                                       :     ORDER
INDEPENDENT DIGITAL NEWS AND MEDIA, LLC,                               :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Defendant's letter regarding its intent to file a cross-motion for summary judgment and proposing a briefing schedule. Dkt. 35. As discussed at conference, in light of Defendant's anticipated summary judgment motion, its pending motion to dismiss, Dkt. 20, is dismissed without prejudice. Plaintiff shall file an opening brief, of no more than 30 pages, in support of a motion for summary judgment by November 12, 2024. Defendant shall file a brief, of no more than 50 pages, cross-moving for summary judgment and opposing Plaintiff's motion by December 3, 2024. Plaintiff shall file a reply brief, of no more than 30 pages, supporting its principal motion and opposing Defendant's cross-motion by December 17, 2024. Defendant shall file a reply, of no more than 15 pages, in support of its cross-motion by January 3, 2025. The Clerk of Court is respectfully directed to close Docket Number 20.

      SO ORDERED.

Dated: October 15, 2024
      New York, New York
                                                                 JOHN P. CRONAN
                                                                United States District Judge