John M. Griem, Jr.
Jodutt M. Basrawi
CARTER LEDYARD & MILBURN LLP
28 Liberty St., 41st Floor
New York, NY 10005
(212) 732-3200
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYNK MEDIA, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>INDEPENDENT DIGITAL NEWS AND MEDIA, LLC,<br><br>             Defendant. | Civil Action No. 1:24-cv-00583-JPC<br><br>**DEFENDANT'S NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 29, 2025 OPINION AND ORDER** |

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the pleadings, papers, and proceedings heretofore had herein, Defendant Independent Digital News and Media, LLC ("Defendant") will move this Court before the Honorable John P. Cronan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, or as soon thereafter as counsel can be heard, for an Order, pursuant to Local Civil Rule 6.3 and Federal Rule of Civil Procedure 59(e):

    a. Reconsidering the Court's Opinion and Order dated September 29, 2025 (Dkt. No. 57), which granted in part Plaintiff's motion for summary judgment and denied Defendant's cross-motion for summary judgment;

b. Vacating the Court's findings that (a) Defendant presented no evidence that it is a party to Twitter's Developer Agreement, and (b) the Developer Agreement does not provide a clear sublicense for users to embed videos on external websites;

c. Granting summary judgment in favor of Defendant on the ground that Defendant possesses an express sublicense under Twitter's Developer Agreement and Policy to embed publicly posted Twitter content, including Plaintiff's videos, on Defendant's websites; and

d. Granting such other and further relief as the Court deems just and proper.

Dated: October 14, 2025

Respectfully Submitted,

/s/ John M. Griem, Jr.
John. M. Griem, Jr.
Jodutt M. Basrawi
Carter Ledyard & Milburn LLP
*Attorneys for Defendant*
28 Liberty St Fl 41
New York, NY 10005
(212) 238-8659
(212) 238-8767
griem@clm.com
basrawi@clm.com

TO:

Counsel of Record for Plaintiff
Via CM/ECF

Plaintiff shall respond to Defendant's Motion for Reconsideration, Dkts. 59, 60, by October 28, 2025.

SO ORDERED.
Date: October 14, 2025
New York, New York

JOHN P. CRONAN
United States District Judge